UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL AZZARA, | : CIVIL ACTION NO. 3:CV-11-1737 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| FRANK STRODA, | : |
| Defendant | : |

**FILED SCRANTON APR 11 2014**

## ORDER

**AND NOW, THIS 11th DAY OF APRIL 2014,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment, (Doc. 40), is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

**United States District Judge**